*April 25, 2002*

## MOTION AND PROCEDURAL RULINGS

**2001–1613.   SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–E–675. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,
   IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

**2001–2207.   SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 98–E–345. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,
   IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

**2002–0585.   Klein v. Leis.**
Hamilton App. Nos. C–020012, C–020013, C–020015 and C–020021, 2002-Ohio-1634. On motion for emergency stay pending appeal, motion for immediate stay and expedited ruling and memorandum in support, and motion for emergency stay pending appeal of Simon L. Leis, Jr., Hamilton County Sheriff et al. Motions granted.

## MISCELLANEOUS DISMISSALS

**2001–1516.   Sayer v. Epler.**
Licking App. Nos. 00CA76 and 00CA85. This cause is pending before the court as an appeal from the Court of Appeals for Licking County. Upon consideration of appellants' application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–0228.   State v. James.**
Franklin App. Nos. 00AP–1174 and 00AP–1175, 2001-Ohio-4091. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due April 19, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,
   IT IS ORDERED by the court that this cause be, and hereby is dismissed, sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–0407.   State ex rel. Jones v. Indus. Comm.**
Franklin App. No. 01AP–565.

**2002–0556.   State ex rel. Mansfield Foundry Corp. v. Indus. Comm.**
Franklin App. No. 01AP–753.